In The United States Federal District Court

For The Southern District Of Alabama

Mobile, Alabama

FILED FEB 25 '15 PM 2:06 USDCALS

Michael R. Pardue, Plaintiff, pro se

Civil Action #: 15-107-WS-M

VS.

Bert Rice, Circuit Court Judge,

Escambia County, Alabama

Steven Billy, District Attorney,

Escambia County, Alabama

Jeffery Todd Stearns,

Chief Assistant District Attorney

Escambia County, Alabama, and

Robin D. Scales,

Alabama Assistant Attorney General

### NOTICE OF INTENT TO SEEK DAMAGES FOR WRONGFUL IMPRISONMENT UNDER 42 USC SECTION 1983

Comes now, the Plaintiff, Michael R. Pardue, pro se under Federal Civil Rights law, 42 USC Section 1983, who gives notice that he is seeking pain and suffering damages for his 33 months of illegal imprisonment from June 2011 to February 2014 as a result of false pleadings filed and endorsed by the named parties in this action.

Plaintiff was arrested by an order issued by Defendants Billy and Rice wherein they falsely stated that Plaintiff's probation was not fully served.

At the revocation hearing, Defendants Billy and Stearns falsely stated that Plaintiff's 20-year sentence began on February 15, 2001, when it was well documented that this sentence began on April 30, 1987.

Defendant Rice refused to accept the documented proof, recorded in four (4) separate volumes of the Southern Reporter 2d Series, refuting the false premise that Plaintiff's 20-year sentence began in 2001 rather than 1987. Consequently, Plaintiff was illegally imprisoned for 33 months. The fact that Plaintiff's sentence had been fully served on April 30, 2007 and clearly documented as such was disregarded by Defendant Rice.

Defendant Scales, on direct appeal in Alabama, supported the false premise that the sentence began in 2001. Later, with knowledge that it was false, Defendant Scales filed a second false pleading in The US Federal District Court, which extended Plaintiff's false imprisonment from December 2011 to February 2014.

Plaintiff seeks monetary pain and suffering damages from these Defendants, individually and separately, as their defiance of the law resulted in the 33 month wrongful incarceration of Plaintiff. Defendants' actions are not protected under the 11th Amendment because they intentionally ignored well-documented facts and legal case law proving that their actions were in violation of the law of this state and country.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing NOTICE OF INTENT TO SEEK DAMAGES FOR WRONGFUL IMPRISONMENT UNDER 42 USC SECTION 1983 on the below named parties by causing a true and correct copy thereof to be delivered in the United States mail, postage paid and properly addressed to the following:

Robin D, Scales,
Office of the Alabama Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130-0152

Honorable Bert W. Rice, Circuit Court Judge
Escambia County Courthouse
Post Office 795
Brewton, AL 36427-0795

Stephen M. Billy, District Attorney
Escambia County, Alabama
Post Office 993
Brewton, AL 36427-0993

Jeffery Todd Stearns,
Chief Assistant District Attorney
Escambia County, Alabama
Post Office Box 993
Brewton, AL 36427-0993

Done on this day, February 20, 2015       _____
                                                      Michael R. Pardue
                                                      4517 Park Road
                                                      Mobile, AL 36605
                                                      Phone: 205-440-6868

Michael R. Pardue
4517 Park Road
Mobile, AL 36605

MOBILE AL 366
23 FEB 2015 PM 2 L

United States Federal District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL  36602

36602368399